# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 05/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

US COURTHOUSE
700 GRANT ST.
PITTSBURGH, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | UPMC HEALTH PLAN |
| 2. | BOARD MEMBER | UPMC ALTOONA |
| 3. | ADJUNCT FACULTY MEMBER | UNIVERSITY OF PITTSBURGH |
| 4. | LIMITED PARTNER | FOUR NORTHSHORE ASSOCIATES |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 1/23/14 TO 1/25/14 | NEW YORK, NY | SPEAKER AT EDUCATIONAL SEMINAR | TRAVEL AND LODGING |
| 2. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOC. | 3/28/14 TO 3/29/14 | NEW YORK, NY | DINNER FOR BENCH AND BAR | TRAVEL, DINNER AND LODGING FOR ME AND GUEST |
| 3. | ALLEGHENY COUNTY BAR ASSOC. | 6/18/14 TO 6/21/14 | CHAMPION, PA | SEMINAR AND DINNERS FOR BENCH AND BAR | MEALS AND LODGING |
| 4. | ACADEMY OF TRIAL LAWYERS OF WESTERN PA | 10/01/14 TO 10/03/14 | FARMINGTON, PA | EDUCATIONAL CONFERENCE | MEALS AND LODGING |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lenihan, Lisa P. | 05/04/2015 |

| 5. | AMERICAN CONFERENCE INSTITUTE | 10/27/14 TO 10/28/14 | NEW YORK, NY | SPEAKER AT EDUCATIONAL SEMINAR | TRAVEL AND LODGING |
|---|---|---|---|---|---|
| 6. | AMERICAN CONFERENCE INSTITUTE | 1/211/18/14 TO 11/19/143/14 TO 1/25/14 | ORLANDO, FLA | SPEAKER AT EDUCATIONAL SEMINAR | TRAVEL AND LODGING |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Limited Partner, 4 Northshore Associates | | None | O | S | | | | | |
| 2. IRA - Commonwealth | | | | | | | | | |
| 3. ALIBABA Group HLDG Common Shrs (148) | | None | K | T | Buy | 12/24/14 | K | | |
| 4. Allianz Funds: NFJ Small Cap Fund ClA | | None | | | Sold | 02/03/14 | J | B | |
| 5. Allianz Health Sciences Cl A | | None | J | T | | | | | See Note in Part VIII |
| 6. American Income Fund of America Cl F | B | Dividend | J | T | | | | | |
| 7. Allianz RCM Global Water Fund Cl A | A | Dividend | J | T | Buy (add'l) | 02/03/14 | J | | |
| 8. Copeland Risk Mgnt Div Growth Cl A | A | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 9. Fidelity Adv BioTech CL I | | None | K | T | Buy | 10/08/14 | K | | |
| 10. Fidelity Adv Limited Bond CL I | | None | | | Buy | 09/25/14 | L | | |
| 11. Fidelity Adv Limited Bond CL I | | None | | | Sold (part) | 10/08/14 | K | A | |
| 12. Fidelity Adv Limited Bond CL I | | None | | | Sold (part) | 12/12/14 | K | A | |
| 13. Fidelity Adv Limited Bond CL I | | None | | | Sold | 12/19/14 | J | A | |
| 14. Fidelity Advisor Consumer Staples Cl I | | None | | | Sold | 09/25/14 | L | E | |
| 15. Fidelity Advisor Consumer Staples Cl I | A | Dividend | K | T | Buy | 12/12/14 | K | | |
| 16. Fidelity Advisor Consumer Staples Cl I | | None | | | Buy (add'l) | 12/19/14 | J | | |
| 17. Franklin Floating Rate Cl A | A | Dividend | K | T | Buy (add'l) | 01/14/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mainstay Mkt Cl A | | None | | | Sold (part) | 05/15/14 | K | A | |
| 19. Mainstay Mkt Cl A | | None | | | Sold | 09/29/14 | K | A | |
| 20. Oppenheimersteel MLP A | | None | | | Sold | 10/27/14 | K | C | |
| 21. Oppenheimersteel MLP A | C | Dividend | K | T | Buy | 12/19/14 | K | | |
| 22. PIMCO EQS Long/Short Cl A | | None | | | Buy (add'l) | 01/29/14 | J | | |
| 23. PIMCO EQS Long/Short Cl A | | None | | | Sold | 11/20/14 | K | A | |
| 24. PIMCO EQS Long/Short Cl D | | None | K | T | Buy | 05/14/14 | K | | |
| 25. PIMCO Fund Index Plus A | | None | | | Buy | 08/12/14 | K | | |
| 26. PIMCO Fund Index Plus A | | None | | | Sold | 09/29/14 | K | A | |
| 27. PIMCO Fund Index Plus A | C | Dividend | K | T | Buy | 12/22/14 | K | | |
| 28. PIMCO SMALL Fundamental Indexplus CL A | C | Dividend | K | T | Buy | 12/22/14 | K | | |
| 29. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 01/29/14 | J | | |
| 30. PIMCO Stockplus Short Strategy CL A | | None | | | Sold | 08/12/14 | K | A | |
| 31. PIMCO Stockplus Short Strategy CL A | | None | | | Buy | 09/29/14 | K | | |
| 32. PIMCO Stockplus Short Strategy CL A | | None | | | Buy (add'l) | 11/20/14 | K | | |
| 33. PIMCO Stockplus Short Strategy CL A | | None | | | Sold (part) | 12/22/14 | K | A | |
| 34. PIMCO Stockplus Short Strategy CL A | | None | | | Sold | 12/22/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wasatch Long/Short Fund | | None | K | T | | | | | |
| 36. Franklin US Govt Cl A | A | Dividend | J | T | Sold (part) | 01/16/14 | J | A | |
| 37. Mainstay Income Bldr Cl A | C | Dividend | K | T | Buy | 10/10/14 | K | | |
| 38. Mainstay Income Bldr Cl A | | None | | | Buy (add'l) | 12/23/14 | K | | |
| 39. Mainstay Unconstrnd Bond Opp Cl A | A | Dividend | K | T | Buy (add'l) | 05/15/14 | K | | |
| 40. PIMCO Total Return Cl D | | None | | | Sold (part) | 05/14/14 | K | A | |
| 41. PIMCO Total Return Cl D | | None | | | Sold | 12/11/14 | J | B | |
| 42. Templeton Global Bond Fund Cl A | B | Dividend | K | T | | | | | |
| 43. M&I Bank -Money Market Account | A | Interest | J | T | | | | | |
| 44. Mainstay Money Mkt Cl A | | None | | | Buy | 09/29/14 | K | | |
| 45. Mainstay Money Mkt Cl A | | None | | | Sold (part) | 10/10/14 | K | A | |
| 46. Mainstay Money Mkt Cl A | | None | | | Sold | 12/23/14 | K | A | |
| 47. Oppenheimer Money Mkt CL A | | None | | | Buy | 10/27/14 | K | | |
| 48. Oppenheimer Money Mkt CL A | | None | | | Sold | 12/19/14 | K | A | |
| 49. Brokerage Account - National Financial | | | | | | | | | |
| 50. Fidelity Funds: Prime Money Mkt Reserves Fund | A | Interest | J | T | | | | | |
| 51. Gulf Keystone Petro Common Stock | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares S&P Stock Index ETF | | None | | | Sold | 12/26/14 | J | A | |
| 53. Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 54. Columbia Div Opp Fund CL C | | None | | | Sold | 01/09/14 | J | B | |
| 55. Fidelity New Adv Insights Fund CL A | A | Dividend | J | T | | | | | |
| 56. Ivy Mid Cap Growth Fund Cl C | A | Dividend | J | T | | | | | |
| 57. Thornburg Invest Income Builder Fund CL C | A | Dividend | J | T | | | | | |
| 58. SouthernSun Funds: Small Cap | A | Dividend | J | T | | | | | |
| 59. Delaware Diversified Income Fund Cl C | | None | | | Sold | 01/09/14 | J | A | |
| 60. Brokerage Account - Ameriprise | | | | | | | | | |
| 61. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 62. Eaton Vance Limited Duration Fund | | | | | | | | | See Note in Part VIII |
| 63. Eaton Vance Funds: Active Tax MGD GLBL Fund | B | Dividend | J | T | | | | | |
| 64. ISHARES Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 65. Vanguard Div Appreciation Fund | A | Dividend | K | T | | | | | |
| 66. Vanguard Int Term Bond Fund | A | Dividend | J | T | | | | | |
| 67. Vanguard Short Term Corp Bond ETF | A | Dividend | J | T | | | | | |
| 68. General Electric Cap Corp Note 4.75% Due 09/15/14 | A | Int./Div. | | | Sold | 09/15/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | First Eagle Funds: Global Fund Cl A | A | Dividend | K | T | | | | | |
| 70. | Ivy Balanced Cl A | A | Dividend | K | T | | | | | |
| 71. | JPMorgan Value Advantage Cl A | A | Dividend | K | T | Buy (add'l) | 10/01/14 | J | | |
| 72. | MFS Intl Value Cl A | A | Dividend | J | T | | | | | |
| 73. | Calamos Market Neutral Fund | A | Dividend | K | T | | | | | |
| 74. | Thornburg LTD Muni Fund CL I | A | Interest | K | T | | | | | |
| 75. | Virtus Prem Alphasector Fund | A | Dividend | J | T | | | | | |
| 76. | ALPS Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 77. | Miscellaneous Accounts | | | | | | | | | |
| 78. | PNC Bank Checking Account | A | Interest | J | T | | | | | |
| 79. | PA TAP Accounts for Children | | None | | | Closed | 12/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 05/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Line 1 (Limited Partner, 4 Northshore Associates) - Assessed value

Line 5 - Mutual fund Alliance Wellness CL A  renamed Allianz Health Sciences CL A.  Ticker remains RAGHX.

Line 62 - Eaton Vance Limited Duration Fuund was sold as reported on Line 101 of the 2013 Report.  Erroneously reported on Line 76 (2013 Report) as having a value on 12/31/

I took no salary from Pitt Law to teach in 2014

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 11

Name of Person Reporting

Lenihan, Lisa P.

Date of Report

05/04/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544